DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

FLINT EDWARDS and CARLYNE DESIR,

Appellant,

v.

P.M.R. TOWING, LLC; JOSE ALVARADO BURGOS;
and SANTANDER CONSUMER USA, INC.,

Appellees.

No. 2D2025-2360

_____

February 11, 2026

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Hillsborough County; Emily A. Peacock, Judge.

Flint Edwards and Carlyne Desir, pro se.

Daniel J. Pasky and R. Carter Burgess of Holland & Knight LLP, Jacksonville, for Appellees.

PER CURIAM.

    Affirmed.

SILBERMAN, BLACK, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.